# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** July 27, 2010　　　　　　　　　　**TIME:** 30 minutes

**CASE NUMBER:** 2:10-cv-00105-SJF -AKT

**CASE TITLE:** Sciacca v. The Bank of New York et al

**PLTFFS ATTY:** Michael Yoeli
　X present　　　　__ not present

　__ present　　　　__ not present

　__ present　　　　__ not present

**DEFTS ATTY:** Wendy Melik
　X present　　　　__ not present

　Sharon Parella
　X present　　　　__ not present

　Tiffany Ma
　X present　　　　__ not present

**COURT REPORTER**　　**COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

X　CASE CALLED.

__　ARGUMENT HEARD / CONT'D TO _____.

__　DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Parties to serve motions by 9/25/10, opposition by 10/13/10, reply and fully briefed motions to be filed with the Court by 10/25/10.